# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR172 |
| vs. | ORDER |
| EMMANUEL JACKSON, | |
| Defendant. | |

THIS MATTER came before the Court on the oral motion of the Defendant to reconsider his detention to allow him to be taken into custody of the State of Nebraska pursuant to a warrant under Douglas County Court Case number CR24-17662.

The Court, being fully advised in the premises, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED** that:

1. The Oral Motion to Reconsider Detention is granted.

2. Defendant shall be released from the U.S. Marshal's custody on Tuesday, August 26, 2025, from the Hruska Federal Courthouse in Omaha, Nebraska to the custody of the Douglas County Sheriff or other lawful representatives of the State of Nebraska.

3. The U.S. Marshal is authorized to discharge the defendant with up to 30 days of defendant's currently prescribed medication.

4. Defendant remains subject to all the previously ordered conditions of his supervised release.

DATED this 26th day of August, 2025.

BY THE COURT:

_____
Joseph F. Bataillon
Senior United States District Judge