IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:20CR172** |
| vs. | |
| | **ORDER** |
| EMMANUEL JACKSON, | |
| Defendant. | |

This matter is before the Court on the defendant's oral motion for release. The Court held a hearing on January 29, 2026. Kelly M. Steenbock represented the defendant. Martin J. Conboy, IV represented the government. After discussion with counsel, and the Court, being fully advised on the matter, the Court finds that the oral motion should be granted.

**IT IS ORDERED** that:

1. The defendant's oral motion for release is granted.
2. The U.S. Marshal's detainer is lifted. The defendant shall be returned back to the custody of the Douglas County Sheriff or other lawful representatives of the State of Nebraska pending the final disposition of this matter.

Dated this 29th day of January, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge